# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **RONALD NICHOLLS** <br> **LA. DOC #153763** | **CIVIL ACTION NO. 3:11-cv-0113** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **SHERIFF ANDY BROWN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, finding that same is supported by the law and the record in this matter, and noting that no objections have been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**MONROE, LOUISIANA**, this 20th day of May, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE